EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:   Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 8 2003

at ____ o'clock and ___ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>JASEN ANTONIO,<br>  a.k.a. "Fluff",       (01)<br>CARLOS PAGAN, (a) 03-459   (02)<br>LUIS OCHOA,             (03)<br>CLEVIS MAHI,            (04)<br>THEODORE CASUGA,        (05)<br>DINA KANUHA,            (06)<br>JAMES KANUHA,<br>  a.k.a. "Pachi",       (07)<br>JEROD ANTONIO,          (08)<br>JOSUE CRUZ,             (09)<br>DERICK VINCENT,         (10)<br>BETHANY ANTONIO,        (11)<br>PAIGE PATNAUDE,         (12)<br><br>             Defendants. | CR. NO. CR 03-00493 HG<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A), 843(b) and 846,<br>18 U.S.C. § 2] |

SEALED
BY ORDER OF THE COURT

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

By _____
                  Deputy

INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about May 1, 2003, to and including October 6, 2003, in the District of Hawaii, and elsewhere,

**JASEN ANTONIO a.k.a "Fluff,"
CARLOS PAGAN, THEODORE CASUGA
LUIS OCHOA, CLEVIS MAHI,
DINA KANUHA, JAMES KANUHA, a.k.a. "Pachi",
JEROD ANTONIO, JOSUE CRUZ,
DERICK VINCENT, BETHANY ANTONIO, and
PAIGE PATNAUDE,**

defendants herein, did willfully and unlawfully conspire together with each other and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to possess methamphetamine for distribution in Hawaii.

OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

2

1.   On or about June 22, 2003, CARLOS PAGAN and JASEN ANTONIO discuss on the telephone the distribution of a quantity of methamphetamine.

2.   On or about June 25, 2003, JASEN ANTONIO and BETHANY ANTONIO discuss on the telephone the distribution of a quantity of methamphetamine.

3.   On or about July 1, 2003, CARLOS PAGAN and LUIS OCHOA discuss on the telephone the arrest of Angela Malo.

4.   On or about July 10, 2003, JASEN ANTONIO and DERICK VINCENT discuss on the telephone the distribution of a quantity of methamphetamine.

5.   On or about July 19, 2003, JASEN ANTONIO and PAIGE PATNAUDE discuss on the telephone the distribution of a quantity of methamphetamine.

6.   On or about July 20, 2003, JASEN ANTONIO and JEROD ANTONIO discuss on the telephone the distribution of a quantity of methamphetamine.

7.   On or about July 21, 2003, JAMES KANUHA and JASEN ANTONIO discuss on the telephone the distribution of a quantity of methamphetamine.

8.   On or about August 8, 2003, JOSUE CRUZ and JASEN ANTONIO discuss on the telephone the distribution of a quantity of methamphetamine.

9.    On or about August 12, 2003, THEODORE CASUGA and
JASEN ANTONIO discuss on the telephone the distribution of a
quantity of methamphetamine.

10.    On or about August 13, 2003, CLEVIS MAHI and DINA
KANUHA discuss on the telephone the distribution of a quantity of
methamphetamine.

All in violation of Title 21, United States Code,
Section 846.

COUNT 2:

The Grand Jury further charges that:

From on or about May 1, 2003, to and including August
31, 2003, in the District of Hawaii, and elsewhere,

**JASEN ANTONIO a.k.a "Fluff,"**
**CARLOS PAGAN, THEODORE CASUGA**
**LUIS OCHOA, CLEVIS MAHI,**
**DINA KANUHA, JAMES KANUHA, a.k.a. "Pachi",**
**JEROD ANTONIO, JOSUE CRUZ,**
**DERICK VINCENT, BETHANY ANTONIO, and**
**PAIGE PATNAUDE,**

did knowingly and intentionally possess with intent to
distribute, fifty (50) grams or more of methamphetamine, its
salts, isomers, and salts of its isomers, a Schedule II
controlled substance, in violation of Title 21, United States
Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States
Code, Section 2.

4

COUNT 3:

The Grand Jury further charges that:

On or about June 22, 2003, within the District of Hawaii, **JASEN ANTONIO, a.k.a "Fluff"**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 4:

The Grand Jury further charges that:

On or about June 22, 2003, within the District of Hawaii, **CARLOS PAGAN**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 5</u>:

The Grand Jury further charges that:

On or about June 25, 2003, within the District of Hawaii, **BETHANY ANTONIO**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 6</u>:

The Grand Jury further charges that:

On or about July 1, 2003, within the District of Hawaii, **LUIS OCHOA**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

6

COUNT 7:

The Grand Jury further charges that:

On or about July 10, 2003, within the District of Hawaii, **DERICK VINCENT**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 8:

The Grand Jury further charges that:

On or about July 19, 2003, within the District of Hawaii, **PAIGE PATNAUDE**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 9</u>:

The Grand Jury further charges that:

On or about July 20, 2003, within the District of Hawaii, **JEROD ANTONIO**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Titles 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 10</u>:

The Grand Jury further charges that:

On or about July 21, 2003, within the District of Hawaii, **JAMES KANUHA, a.k.a "Pachi"**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Titles 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 11:

The Grand Jury further charges that:

On or about August 8, 2003, within the District of Hawaii, **JOSUE CRUZ,** used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Titles 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 12:

The Grand Jury further charges that:

On or about August 12, 2003, within the District of Hawaii, **THEODORE CASUGA,** used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Titles 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

9

COUNT 13:

The Grand Jury further charges that:

On or about August 13, 2003, within the District of Hawaii, **CLEVIS MAHI**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Titles 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 14:

The Grand Jury further charges that:

On or about August 13, 2003, within the District of Hawaii, **DINA KANUHA**, used and caused to be used a communications facility, that is a telephone, in causing or facilitating the commission of a conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance, a felony under Titles 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

//

//

//

//

DATED: *October 8*, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Jasen Antonio, a.k.a. "Fluff" et al.
"Indictment"
Cr. No.

11